**Order entered November 4, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01106-CR

### EX PARTE SHUNDALE TAYLOR

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75497-Q**

## ORDER

Appellant's November 2, 2016 motion for extension of time to file her brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on November 2, 2016 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **TWENTY DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE